Phillip A. Silvestri, Esq. (Nevada Bar No. 11276)
Phillip.Silvestri@gmlaw.com
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway Ste. 400
Las Vegas, Nevada 89169

Jeffrey A. Backman (*pro hac vice*)
Roy Taub (*pro hac vice*)
jeffrey.backman@gmlaw.com
roy.taub@gmlaw.com
**GREENSPOON MARDER LLP**
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL  33301
Tel:  (954) 491-1120
Fax: (954) 213-0140

*Attorneys for Defendant USHEALTH Advisors, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of all others similarly situated, | CASE NO.: 3:24-cv-00429 |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** |
| v. | |
| PLAIN-ENGLISH MEDIA, LLC d/b/a PLAIN-ENGLISH HEALTH CARE d/b/a STRATEGIC HEALTH CARE MARKETING; and USHEALTH ADVISORS, LLC d/b/a USHEALTH GROUP, | **(LR IA 6-1; 7-1)** |
| | **(FIRST REQUEST)** |
| | Motion Filed:  February 5, 2025 |
| | Response Filed: February 19, 2025 |
| Defendants. | Current reply date: February 26, 2025 |
| | New reply date: March 3, 2025 |

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b)(1)(A), Defendant USHEALTH Advisors, LLC ("USHA"), and Plaintiff Erin Robertson hereby stipulate to extend USHA's deadline to file its

STIPULATION AND [PROPOSED] ORDER

reply in support of its Motion to Compel Arbitration (Dkt. No. 32) (the "Motion"). Plaintiff and USHA are collectively referred to as the "Parties."

1. Defendant filed the Motion on February 5, 2025.

2. Plaintiff filed her Response in Opposition to the Motion on February 19, 2025.

3. Defendant's current deadline to file its Reply is February 26, 2025.

4. To adequately reply to Plaintiff's Opposition Motion and the issues presented therein given counsel for USHA's obligations and deadlines in other matters, the Parties agree that USHA's deadline to file a response shall be extended up through **March 3, 2025.**

5. This is USHA's first request for an extension of this deadline, and it is not intended to cause any delay or prejudice to any party.

DATED: February 25, 2025                GREENSPOON MARDER LLP

By: /s/ Phillip A. Silvestri
Jeffrey A. Backman (*pro hac vice*)
Roy Taub (*pro hac vice*)
Phillip A. Silvestri

*Counsel for Defendant
USHEALTH Advisors, LLC*

DATED: February 25, 2025                KAZEROUNI LAW GROUP, APC

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
Mona Amini, Esq.
*Counsel for Plaintiff Erin Robertson*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: February 26, 2025