Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIN ROBERTSON on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLAIN-ENGLISH MEDIA, LLC d/b/a PLAIN-ENGLISH HEALTH CARE d/b/a STRATEGIC HEALTH CARE MARKETING; and USHEALTH ADVISORS, LLC d/b/a USHEALTH GROUP,<br><br>Defendants. | Case No.: 3:24-cv-00429-MMD-CSD<br><br>ORDER GRANTING **STIPULATION TO EXTEND TIME TO FILE REPLIES TO DEFENDANT USHEALTH ADVISORS, LLC'S MOTION TO COMPEL DISCOVERY [ECF NO. 50]**<br><br>**(First Request)** |

///

///

///

STIPULATION AND [PROPOSED] ORDER

1

1  Currently pending before the court is Defendant USHealth Advisors, LLC d/b/a
2  USHealth Group's ("Defendant") Amended Motion to Compel Arbitration (the
3  "Motion"). ECF No. 50. The motion was filed on May 23, 2025, the operative
4  deadline for a response by Plaintiff Erin Robertson ("Plaintiff") is June 6, 2025, while
5  Defendant's reply is due by June 13, 2025.

6  The Parties have met and conferred regarding the extension of the respective
7  deadlines to respond to the Motion. Accordingly, the Parties stipulate to a 21 day
8  extension for Plaintiff's response to the Motion, and 14 day extension for Defendant
9  to file its reply in support of the Motion. Plaintiff and Defendant hereby stipulate to
10 extend the Plaintiff's response to Defendant's Motion and Defendant's reply in
11 support of its Motion. This is the Parties first stipulation to extend these deadlines.
12 ///
13 ///
14 ///

IT IS THEREFORE STIPULATED between the Parties as follows:

(1) Plaintiff's response to the Motion will be due on or before **June 27, 2025**;

(2) Defendant's reply in support of its Motion, will be due on or before **July 11, 2025**.

Dated: June 3, 2025                                **KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
Gustavo Ponce (NV Bar No. 15084)
Mona Amini (NV Bar No. 15381)
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*

Dated: June 3, 2025                                **GREENSPOON MARDER LLP**

By: */s/ Roy Taub*
Phillip A. Silvestri, Esq.
Jeffrey A. Backman (*pro hac vice*)
Roy Taub (*pro hac vice*)
3993 Howard Hughes Parkway Ste.400
Las Vegas, Nevada 89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 15, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2025, I caused the foregoing to be filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

                                        */s/ Gustavo Ponce*
                                         Gustavo Ponce