# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ERIN ROBERTSON,

                                    Plaintiff,

    v.

PLAIN-ENGLISH MEDIA, LLC d/b/a
PLAIN-ENGLISH HEALTH CARE
d/b/a STRATEGIC HEALTH CARE
MARKETING, et al.,

                                    Defendants.

3:24-cv-00429-MMD-CSD

**ORDER**

Re: ECF No. 72

Before the Court is Defendant's Motion Regarding Discovery Dispute. (ECF No. 72.)

Pursuant to the Court's Civil Standing Order (ECF No. 7), Plaintiff shall file a response on or before close of business on **Tuesday, April 21, 2026.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: April 17, 2026.

Craig S. Denney
United States Magistrate Judge