**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERIN ROBERTSON,
individually and on behalf of
all others similarly situated,

    Plaintiff

v.

PLAIN-ENGLISH MEDIA, LLC, et al.,

    Defendants

Case No.: 3:24-cv-00429-MMD-CSD

**Order**

Re: ECF Nos. 72, 76

Defendant USHEALTH ADVISORS, LLC (USHA) has filed a discovery motion (ECF No. 72), which Plaintiff has opposed (ECF No. 75). The court has set this motion to be heard, along with Plaintiff's motion for protective order (ECF No. 70), on April 30, 2026. (ECF No. 73.)

USHA has now filed a second discovery motion. (ECF No. 77.) Plaintiff has until the end of the day **April 24, 2026**, to file a response to ECF No. 77, and the court will also hear argument on that motion on April 30, 2026.

USHA's counsel's declaration filed in connection with both ECF No. 72 and ECF No. 77 states that a one hour meet and confer was held between USHA's counsel and Plaintiff's counsel to discuss "all" discovery disputes raised by USHA. Given that USHA has filed hundreds of pages of discovery requests with the court, and given the breadth of the discovery issues raised in these two motions, the court finds the one-hour meet and confer session is insufficient.

The court expects counsel to confer in detail and "meaningfully discuss each contested discovery dispute in a genuine effort to avoid judicial intervention." *Shuffle Master, Inc. v. Progressive Games, Inc.*, 170 F.R.D. 166, 171 (D. Nev. 1996).

The court also notes that District Judge Du ordered the parties to engage in "limited discovery" to prepare for a Section 4 trial. (ECF No. 63 at 17:14-24.)

As such, Plaintiff and USHA are ordered to further meet and confer via videoconference on each of the discovery requests at issue to attempt to resolve and/or significantly narrow the issues raised USHA's discovery motions in advance of the hearing set for April 30, 2026.

**IT IS SO ORDERED**.

Dated: April 23, 2026

Craig S. Denney
United States Magistrate Judge