**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERIN ROBERTSON,

                              Plaintiff,

     v.

PLAIN-ENGLISH MEDIA, LLC d/b/a
PLAIN-ENGLISH HEALTH CARE
d/b/a STRATEGIC HEALTH CARE
MARKETING, et al.,

                              Defendants.

3:24-cv-00429-MMD-CSD

**ORDER**

Re: ECF No. 87

Before the Court is Defendant's Motion Regarding Discovery Dispute. (ECF No. 87.)

Pursuant to the Court's Civil Standing Order (ECF No. 7), Plaintiff shall file a response on or before close of business on **Thursday, June 18, 2026.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: June 16, 2026.

_____
Craig S. Denney
United States Magistrate Judge