**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIN ROBERTSON,<br><br>                              Plaintiff,<br><br>    v.<br><br>PLAIN-ENGLISH MEDIA, LLC d/b/a<br>PLAIN-ENGLISH HEALTH CARE<br>d/b/a STRATEGIC HEALTH CARE<br>MARKETING, et al.,<br><br>                              Defendants. | 3:24-cv-00429-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 93 |

Before the Court is Defendant's Motion Regarding Discovery Dispute. (ECF No. 93.)

Pursuant to the Court's Civil Standing Order (ECF No. 7), Plaintiff shall file a response on or before **12:00 p.m. on Friday, July 10, 2026.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: July 8, 2026.

_____
Craig S. Denney
United States Magistrate Judge