Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIN ROBERTSON on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLAIN-ENGLISH MEDIA, LLC d/b/a PLAIN-ENGLISH HEALTH CARE d/b/a STRATEGIC HEALTH CARE MARKETING; and USHEALTH ADVISORS, LLC d/b/a USHEALTH GROUP,<br><br>Defendants. | Case No.: 3:24-cv-00429-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |

*///*

*///*

*///*

1

STIPULATION AND [PROPOSED] ORDER TO DISMISS

Plaintiff Erin Robertson ("Plaintiff") and Defendant USHealth Advisors, LLC d/b/a USHealth Group ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate to dismiss this action pursuant to Fed. R. Civ. P. 4(a)(1)(A)(ii) *with prejudice* as to Plaintiff's individual claims against Defendant, and *without prejudice* as to any putative class claims.

WHEREAS, on July 8, 2026, the Parties filed a Notice of Settlement informing this Court of having reached a settlement in principal (Dkt. No. 94)

WHEREAS, as of July 22, 2026, the Parties have finalized and executed the details of their settlement.

WHEREAS, Defendant Plain-English Media, LLC d/b/a Plain-English Health Care d/b/a Strategic Health Care Marketing was previously dismissed from this action on November 21, 2024, leaving only the Parties as active participants

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT this action should be dismissed against Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), dismissing *with prejudice* Plaintiff's individual claims, and *without prejudice* any putative class claims against Defendant. The Parties shall bear their own fees and costs.

Dated: July 28, 2026

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
Gustavo Ponce (NV Bar No. 15084)
Mona Amini  (NV Bar No. 15381)
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*

Dated: July 28, 2026

**GREENSPOON MARDER LLP**

By: */s/ Jeffrey Blackman*
Phillip A. Silvestri, Esq.
Jeffrey A. Backman (*pro hac vice*)
Roy Taub (*pro hac vice*)
3993 Howard Hughes Parkway Ste.400
Las Vegas, Nevada 89169
*Attorneys for Defendant*

2

STIPULATION AND [PROPOSED] ORDER TO DISMISS

**ORDER**

Having considered the parties' Stipulation, IT IS HEREBY ORDERED that this action is dismissed, *with prejudice* with respect to Plaintiff's claims, and *without prejudice* as to the putative class claims. The Parties shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: ___July 28, 2026_____

_____
Hon. Miranda M. Du
U.S. District Court Judge

3
STIPULATION AND [PROPOSED] ORDER TO DISMISS